1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY,

           Plaintiff,

    v.

NATIONAL FIRE INSURANCE, COMPANY
OF HARTFORD, an Illinois company,
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, a Connecticut
company, BEAZLEY INSURANCE
COMPANY, INC., a Connecticut company,
and DOES 1–15, inclusive,

           Defendants.

                            /

No. C 12-05465 WHA

**ORDER CONTINUING
CASE MANAGEMENT
CONFERENCE**

The Court hereby **CONTINUES** the case management conference to **FEBRUARY 28, 2013,
AT 8:00 A.M.** Please file a joint case management statement at leave seven days prior.

     **IT IS SO ORDERED.**

Dated:  January 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE