IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY,

    Plaintiff,

v.

NATIONAL FIRE INSURANCE, COMPANY OF HARTFORD, an Illinois company, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut company, BEAZLEY INSURANCE COMPANY, INC., a Connecticut company, and DOES 1–15, inclusive,

    Defendants.

No. C 12-05465 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court hereby **CONTINUES** the case management conference to **FEBRUARY 28, 2013, AT 8:00 A.M.** Please file a joint case management statement at leave seven days prior.

**IT IS SO ORDERED.**

Dated: January 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE