IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY, INC.,

    Plaintiff,

  v.

NATIONAL FIRE INSURANCE
COMPANY OF HARTFORD, et al.,

    Defendants.

No. C 12-05465 WHA

**ORDER DENYING
REQUEST FOR EXTENSION**

The parties jointly seek to extend the briefing schedule on the pending motion to dismiss but fail to explain in reasonable detail why a last-minute extension should be granted. Good cause not shown, the request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 29, 2013.

                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE