IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY, INC., a Delaware corporation,

    Plaintiff,

  v.

NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois company, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut company, BEAZLEY INSURANCE COMPANY, INC., a Connecticut company, Individual Underwriters fo SYNDICATES 2623 AND 623 OF LLOYD'S LONDON, and DOES 1–15, inclusive,

    Defendants.

              No. C 12-05465 WHA

**ORDER RE PRIVATE MEDIATION**

Even though the case management conference has otherwise been continued to April 25, the Court hereby **REFERS** this matter to private mediation pursuant to the parties' stipulation. To that end, the private mediator must be selected and on calendar by **MARCH 14, 2013**, and the mediation must be completed by **AUGUST 16, 2013**.

**IT IS SO ORDERED.**

Dated: February 26, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE