IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIA BEAUTY, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, et al., <br><br> Defendants. / | No. C 12-05465 WHA <br><br><br> **ORDER SETTING SCHEDULE** |

   The parties' stipulated request for an extension of the present briefing schedule is **GRANTED IN PART**. The pending motions for summary judgment shall be heard on **MAY 16, 2013 AT 8:00 A.M.** Plaintiffs' opposition briefs shall be due on **APRIL 18 AT NOON**; any replies shall be due on **APRIL 25 AT NOON**.

   The May 2 hearing is **VACATED**. This order notes that the motion to dismiss for lack of diversity jurisdiction previously held in abeyance (Dkt. Nos. 31, 41) has been rendered **MOOT** by the voluntary dismissal of the non-diverse defendants from the action.

   **IT IS SO ORDERED.**

Dated: April 5, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE