**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIA BEAUTY, INC., a Delaware corporation,

    Plaintiff,

v.

NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois company, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut company, BEAZLEY INSURANCE COMPANY, INC., a Connecticut company, Individual Underwriters fo SYNDICATES 2623 AND 623 OF LLOYD'S LONDON, and DOES 1–15, inclusive,

    Defendants.

No. C 12-05465 WHA

**ORDER MOVING CASE MANAGEMENT CONFERENCE**

    The Court hereby **MOVES** the case management conference to **MAY 16, 2013, AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: April 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE