**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIA BEAUTY, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois company, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut company, BEAZLEY INSURANCE COMPANY, INC., a Connecticut company, Individual Underwriters fo SYNDICATES 2623 AND 623 OF LLOYD'S LONDON, and DOES 1–15, inclusive,<br><br>    Defendants. | No. C 12-05465 WHA<br><br>**ORDER MOVING CASE MANAGEMENT CONFERENCE** |

The Court hereby **MOVES** the case management conference to **MAY 16, 2013, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: April 29, 2013.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE