**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIA BEAUTY, INC., | No. C 12-05465 WHA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, et al., | |
| Defendants. | |

For the reasons stated in the accompanying order granting defendants' motions for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of National Fire Insurance Company of Hartford and Travelers Property Casualty Company of America, and against Tria Beauty, Inc. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE